RUDOLPH BECK, Respondent, v. LIBERTY MUTUAL INSURANCE COMPANY, Appellant.— Motion for leave to appeal to Appellate Division and for a stay denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Johnston, JJ.

BEATRICE BRAVERMAN, Respondent, v. MONTEREY OPERATING CORPORATION and Others, Defendants, and J. T. WHALEN, INC., and Others, Appellants.— Motion for reargument of motion denied. Present — Lazansky, P. J., Hagarty, Tompkins and Johnston, JJ.; Carswell, J., not voting.

THE BROOKLYN NATIONAL BANK OF NEW YORK, Respondent, v. JOHN J. SULLIVAN, INC., and JOHN J. SULLIVAN, Appellants.— Motion for leave to appeal to Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty and Scudder, JJ.; Carswell, J., not voting.

DEBORAH B. CULLOW, an Infant, by WILLIAM J. HOGAN, Guardian ad Litem, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of QUEENS COUNTY BAR ASSOCIATION in Respect of RICHARD F. ADAMS, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Hagarty and Scudder, JJ.; Carswell, J., not voting.

In the Matter of the Application of QUEENS COUNTY BAR ASSOCIATION in Respect of AARON GREENSPAN, an Attorney.— Motion denied and proceeding dismissed. The court is convinced that respondent did not intend to offend. A misunderstanding as to the rulings of the Appellate Term led him to make the motion to commit out of a mistaken sense of caution. The charge is dismissed. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.; Carswell, J., not voting.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of LEON JAFFE, an Attorney and Counselor at Law.— Respondent disbarred and his name ordered struck from the roll of attorneys. The court is of the opinion that respondent, in behalf of his father, willfully defrauded his client by giving the latter a third mortgage of little or no value on certain premises while representing to him it was a second mortgage on another and more valuable parcel. As a result the client lost his money. Carswell, Tompkins and Johnston, JJ., concur; Lazansky, P. J., and Young, J., dissent and vote to suspend the respondent from the practice of the law for a period of two years, with the following memorandum: There is grave doubt that respondent defrauded his client. He was, however, willfully careless in handling the transaction as he was also in his professional service to other clients.